# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,           )
        Plaintiff,           )
        )
vs.           )      2:12-mj-00285-CWH
        )
JANICE ACUPIDO,           )      **ORDER**
        )
        Defendant.           )
        )

      This matter is before the Court on Defendant's counsel's Sealed Motion to Withdraw (#8), filed on May 17, 2012.

      The Federal Public Defender was appointed to represent Janice Acupido on May 10, 2012. By way of the motion to withdraw (#8), the Court has been advised that a conflict of interest exists precluding the Federal Public Defender from further representing Defendant Acupido in this matter. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's counsel's Sealed Motion to Withdraw (#8) is **granted**.

      **IT IS FURTHER ORDERED** that the Motion Hearing currently set for May 31, 2012 regarding the Motion to Withdraw (#8) is **vacated**.

      **IT IS FURTHER ORDERED** that Jeremy Delicino, Esq. is **appointed** as counsel for Janice Acupido in place of the Federal Public Defender for all future proceedings. The Federal Public Defender shall forward the file to Mr. Delicino forthwith. Mr. Delicino is advised that the Preliminary Hearing in this matter is currently set for **Thursday, May 24, 2012, at 4:00 PM in LV Courtroom 3C**.

      DATED this <u>22nd</u> day of May 2012.

                                                    _____
                                                    C.W. Hoffman, Jr.
                                                    United States Magistrate Judge